# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 12-00271LEK-KSC |
| CASE NAME: | State of Hawaii, Ex. Rel. David M. Louie, Attorney General vs. Citigroup Inc., et al. |
| ATTYS FOR PLA: | L. Richard Fried, Jr.<br>Patrick F. McTernan<br>S. Ann Saucer<br>Laura J. Baughman<br>Stephen H. Levins |
| ATTYS FOR DEFT: | Michael M. Purpura<br>Michael J. Scanlon<br>Robert W. Trenchard<br>Mitch Weber |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Katherine Eismann |
| DATE: | 11/19/2012 | TIME: | 9:57-11:40 |

COURT ACTION:  EP: Plaintiffs' Motion to Remand and For Costs and Fees.

[Related to CV 12-00263LEK-KSC, CV 12-00266LEK-KSC, CV 12-00268LEK-KSC, CV 12-00269LEK-KSC, CV 12-00270LEK-KSC,]

Arguments heard.

Motion taken under Advisement. Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager