FILED

UNITED STATES COURT OF APPEALS

AUG 04 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF HAWAII, ex. Rel. David M. Louie, Attorney General, | No. 13-15611 |
| Plaintiff - Appellant, | D.C. No. 1:12-cv-00263-LEK-KSC |
| v. | District of Hawaii, Honolulu |
| HSBC BANK NEVADA, N.A., Defendant in 1:12-cv-00266-LEK-KSC; HSBC CARD SERVICES, INC., Defendant in 1:12-cv-00266-LEK-KSC; CAPITAL ONE BANK (USA), N.A., Defendant in 1:12-cv-00268-LEK-KSC; CAPITAL ONE SERVICES, LLC, Defendant in 1:12-cv-00268-LEK-KSC; CITIGROUP, INC., Defendant in 1:12-cv-00271-LEK-KSC; CITIBANK, N.A., Defendant in 1:12-cv-00271-LEK-KSC; DEPARTMENT STORES NATIONAL BANK, Defendant in 1:12-cv-00271-LEK-KSC; DOE, 1-20, | ORDER |
| Defendants - Appellees. | |

Before: W. FLETCHER, IKUTA, and HURWITZ, Circuit Judges.

The August 4, 2014 joint motion to dismiss certain parties from the appeal is

GRANTED.

The parties have stipulated to the dismissal of this appeal under Federal Rule

of Appellate Procedure 42(b) as to Citigroup Inc., Citibank, N.A.,and Department

Stores National Bank only.  This appeal is dismissed with prejudice as to those parties.  Attorneys' fees and costs shall be allocated according to the provisions of the stipulation.  A copy of this order sent to the district court shall act as and for the mandate of this court as to the above named parties only.